# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRIS OLSON, on behalf of himself**                                **PLAINTIFF**
**and all others similarly situated**

**v.**                  **CASE NO. 4:20-CV-00165 BSM**

**DESERT LAKE GROUP, LLC,** *et al.*                                **DEFENDANTS**

## ORDER

The parties' joint stipulation of dismissal of separate defendant OZN Web, LLC [Doc. No. 16] is granted.  OZN Web, LLC is dismissed without prejudice.

The unopposed motion to lift the stay as to the non-bankrupting defendants [Doc. No. 17] is granted.  The stay is lifted as to Sociality LLC, doing business as Sociallity Accessnow Health Community, doing business as Sociality Group, Peter Gallic, and John Does 1–10.  The case remains stayed as to bankrupting defendant, Desert Lake Group, LLC.  *See* Doc. No. 15.

IT IS SO ORDERED this 6th day of August, 2020.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE