IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRIS OLSEN, on behalf of himself**                               **PLAINTIFF**
**and all others similarly situated**

v.                   **CASE NO. 4:20-CV-00165-BSM**

**DESERT LAKE GROUP, LLC,** *et al.*                             **DEFENDANTS**

## ORDER

Consistent with the parties' joint stipulation of dismissal [Doc. No. 27] separate defendant Desert Lake Group, LLC is dismissed with prejudice. *See* Fed. R. Civ. P. 41. The clerk is directed to lift the stay.

IT IS SO ORDERED this 18th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE