**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHRIS OLSEN, on behalf of himself**                                              **PLAINTIFF**
**and all others similarly situated**

**v.**                                **CASE NO. 4:20-CV-00165-BSM**

**DESERT LAKE GROUP, LLC,** *et al.*                                **DEFENDANTS**

**ORDER**

Chris Olsen moved for a default judgment against defendants Sociallity LLC, Offer Space LLC, and Traffic Space LLC, *see* Doc. No. 31.  A clerk's default was entered against each defendant.  Doc. Nos. 32, 33, 34.  Based on the evidence submitted with the request, judgment is entered in favor of Olsen and against Sociallity LLC, Offer Space LLC, and Traffic Space LLC.  A hearing will be conducted to determine damages.

Olsen has not served the John Doe defendants, so they are dismissed without prejudice.  Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 12th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE