# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRIS OLSEN, on behalf of himself**                               **PLAINTIFF**
**and all others similarly situated**

v.                      **CASE NO. 4:20-CV-00165-BSM**

**DESERT LAKE GROUP, LLC,** *et al.*                            **DEFENDANTS**

## ORDER

Pursuant to the stipulation of dismissal [Doc. No. 48] and Federal Rule of Civil Procedure 41(a)(1), separate defendant Express Revenue, Inc. is dismissed with prejudice.

IT IS SO ORDERED this 29th day of March, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE