# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRIS OLSEN, on behalf of himself**                                              **PLAINTIFF**
**and all others similarly situated**

v.                   **CASE NO. 4:20-CV-00165-BSM**

**DESERT LAKE GROUP, LLC,** *et al.*                                        **DEFENDANTS**

## <u>ORDER</u>

Chris Olsen moved for a default judgment against defendant Peter Gallic, *see* Doc. No. 43.  A clerk's default was entered.  Doc. No. 49.  Based on the evidence submitted with the request, judgment is entered in favor of Olsen and against Gallic.  A hearing will be conducted to determine damages.

IT IS SO ORDERED this 1st day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE