# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRIS OLSEN, on behalf of himself**            **PLAINTIFF**
**and all others similarly situated**

v.          **CASE NO. 4:20-CV-00165-BSM**

**DESERT LAKE GROUP, LLC,** *et al.*            **DEFENDANTS**

## ORDER

Chris Olsen is awarded damages from defendants Sociallity LLC and Peter Gallic, jointly and severally, in the amount of $10,500 based on his testimony at the damages hearing on October 6, 2021. For the reasons provided at the damages hearing, Olsen's oral motion to dismiss defendants Offer Space LLC and Traffic Space LLC is granted and those two defendants are dismissed without prejudice.

IT IS SO ORDERED this 6th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE