IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRIS OLSEN, on behalf of himself**     **PLAINTIFF**
**and all others similarly situated**

v.     CASE NO. 4:20-CV-00165-BSM

**DESERT LAKE GROUP, LLC,** *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to today's order awarding damages, judgment is entered for Chris Olsen against defendants Sociallity LLC and Peter Gallic, jointly and severally, in the amount of $10,500.00, and costs are taxed against those defendants.

IT IS SO ORDERED this 6th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE